UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

SHAGINA, INC.,
a Florida corporation,

              Plaintiff,

vs.

APROPO KAFE LLC,
a Florida limited liability company,

              Defendant.

_____/

## COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADEMARK DILUTION, FALSE DESIGNATION OF ORIGIN AND DECEPTIVE AND UNFAIR TRADE PRACTICES

Plaintiff, Shagina, Inc., a Florida corporation ("Shagina" or "Plaintiff"), sues Defendant,

Apropo Kafe LLC, a Florida limited liability company ("Apropo Kafe"), and states as follows:

### NATURE AND BASIS OF ACTION

1.    This is an action by Shagina against Apropo Kafe for trademark infringement,

trademark dilution, false designation or origin and Deceptive and Unfair Trade Practices.

Plaintiff, Shagina seeks injunctive relief and damages in excess of $75,000.00.

### THE PARTIES

2.    Plaintiff, Shagina, Inc. is a corporation, organized and existing under the laws of

the State of Florida, having its principal place of business at 21188 West Dixie Highway, Florida

33180.

3.    Defendant, Apropo Kafe LLC is a limited liability company, organized and

existing under the laws of the State of Florida, having its principal place of business at 147 S.E.

First Avenue, Boca Raton, Florida  33432.

## JURISDICTION AND VENUE

4.      This Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. 1331 and 1338 and 15 U.S.C. 1121.  This Court has supplemental jurisdiction pursuant to 28 U.S.C. 1267 of Plaintiff's claims arising under the laws of the State of Florida.

5.      This Court has personal jurisdiction over Defendant, Apropo Kafe because Defendant is registered to do business in the State of Florida as a Florida corporation and it continues to do business in the State of Florida, and because the actions alleged in this Complaint occurred in and/or caused injury to Plaintiff in the State of Florida.

6.      Venue is proper in this District pursuant to 28 U.S.C. 1391 because the facts giving rise to the acts or omissions alleged herein took place in this District and/or because Defendant, Apropo Kafe is subject to personal jurisdiction in this District.

## FACTUAL ALLEGATIONS

7.      Plaintiff, Shagina adopted the mark "Apropo" (hereinafter, the "Mark") and used it in interstate commerce in or about 2004.  On August 8, 2002, Plaintiff, Shagina filed an application of the Word Mark "Apropo" and on August 16, 2004, Shagina filed an application for registration of a design plus words, letters and/or numbers in the United States Patent and Trademark Office ("USPTO").

8.      On May 25, 2004 and September 12, 2006, the Mark "Apropo" was registered in the USPTO on the principal register under the Lanham Act, Registration Nos. 2845921 and 78468064, covering the use of said mark with respect to "Restaurants, take-out restaurants, coffee bars, snack bars, catering services, retail bakery shops, retail coffee shops, and retail snack shops".  Plaintiff, Shagina is the owner of the Mark, "Apropo" along with the goodwill

symbolized by the Mark.  A true and correct copy of the Mark registrations (hereinafter, the "Registrations") described herein are attached hereto as composite Exhibit "A".

9.    The Registrations are valid and subsisting.  The Registrations attached hereto are *prima facie* evidence of the validity of the Registrations, the Plaintiff's ownership of the Mark, "Apropo", and the Plaintiff's exclusive right to use the Mark in commerce in connection with the goods and services specified in the Registrations under the provisions of 15 U.S.C. 1057(b), and provide constructive notice of the Plaintiff's claim of ownership under 15 U.S.C. 1072.

10.    The name and  Mark, "Apropo" and variants thereof have been extensively and continually advertised and promoted by Plaintiff, Shagina within the United States and worldwide.  A substantial amount of time, effort, and money has been expended in developing the goodwill and use of the Mark, including offering the Mark and the name, "Apropo" to the public as a franchise.

11.    Defendant, Apropo Kafe is the owner of a restaurant having the name, "Apropo Kafe" located at 147 S.E. 1st Avenue, Boca Raton, Florida (the "Restaurant").  Apropo Kafe is a full service restaurant serving Mediterranean cuisine and offering catering services for events and parties, including but not limited to, weddings, engagement parties, and karaoke events.  A true and correct copy of the content of the website of Apropo Kafe is attached hereto as Exhibit "B".

12.    Defendant, Apropo Kafe, without the authorization or consent of Plaintiff, Shagina, has advertised, marketed, offered for sale, sold products or services, and operated its Restaurant and business in or affecting interstate commerce, using and under the Mark, to the consuming public in direct competition with and in violation of the rights of Plaintiff, Shagina.

13.     Defendant, Apropo Kafe's use of the Mark is likely to cause, and is causing, confusion, mistake and deception among the public.

14.     On March 29, 2012, Plaintiff, Shagina delivered written notice of Defendant's violation and infringement to Defendant, Apropo Kafe.  A true and correct copy of the written notice is attached hereto as Exhibit "C".

## COUNT I
## (Trademark Infringement under 15 U.S.C. 1114)

Plaintiff, SHAGINA realleges and reasserts the allegations of Paragraphs 1 through 14 above, and further states as follows:

15.     The Mark and the goodwill of Plaintiff's business associated with the Mark in the United States and throughout the world are of great and incalculable value, are highly distinctive and are associated in the mind of the public with the products and services of the Plaintiff, Shagina.

16.     Notwithstanding the delivery of notice, Defendant, Apropo Kafe has unlawfully continued operating and using the Mark in violation of Plaintiff's rights, and is therefore doing so with notice and full knowledge that such use was not authorized or licensed by Plaintiff, Shagina.

17.     Defendant, Apropo Kafe has used and continues to willfully use the Mark with the intent to confuse, mislead, and/or deceive customers, patrons, purchasers and members of the general public as to the origin, source, sponsorship or affiliation of Plaintiff's products or services, affects interstate commerce under the Mark, and with the intent to trade on Plaintiff's reputation and goodwill.

18.     As a direct and proximate result of Defendant, Apropo Kafe's conduct, Plaintiff, Shagina has suffered damage to its valuable Mark, and other damages in an amount which exceeds $75,000.00.

19.     Plaintiff, Shagina does not have an adequate remedy at law, and will continue to be damaged by Defendant's actions unless this Court enjoins Defendant, Apropo Kafe from such business practices.

## COUNT II
## (Trademark Dilution under 15 U.S.C. 1125(c))

Plaintiff, SHAGINA realleges and reasserts the allegations of Paragraphs 1 through 14 above, and further states as follows:

20.     The Mark owned by Plaintiff, SHAGINA is famous in the South Florida community within the meaning of 43(c) of the Lanham Act, 15 U.S.C. 1125(c)(1) and was famous prior to Defendant's conduct as alleged herein.

21.     Defendant, Apropo Kafe's advertising, sale and offer for sale of products and services in interstate commerce under the Mark dilutes the distinctive quality of the Mark, and was done with the willful intent to trade on Plaintiff's reputation and/or to cause dilution of its Mark.

22.     Defendant, Apropo Kafe's unauthorized use of the Mark on or in connection with its restaurant, products and services was done with notice and full knowledge that such use was not authorized or licensed by Plaintiff, Shagina.

23.     Defendant, Apropo Kafe's actions are in knowing and willful violation of Plaintiff's rights under section 43(c) of the Lanham Act, 15 U.S.C. 1125(c).

24.     As a direct and proximate result of Defendant, Apropo Kafe's conduct, Plaintiff, Shagina has suffered damage to its valuable Mark, and other damages in an amount which exceeds $75,000.00.

25.     Plaintiff, Shagina does not have an adequate remedy at law, and will continue to be damaged by Defendant's actions unless this Court enjoins Defendant, Apropo Kafe from such business practices.

## COUNT III
## (False Designation of Origin under 15 U.S.C. 1125(a))

Plaintiff, SHAGINA realleges and reasserts the allegations of Paragraphs 1 through 14 above, and further states as follows:

26.     Plaintiff, Shagina is the sole owner of the Mark.  The Mark is arbitrary, fanciful and suggestive, and symbolizes the reputation for quality and excellence of Plaintiff's products and services, and Plaintiff has built up and owns valuable goodwill which is symbolized by the Mark.

27.     Defendant, Apropo Kafe's use of the Mark constitutes false designation of the origin and/or sponsorship of Plaintiff, Shagina's products or services in violation of Section 43(a) of the Lanham Act.

28.     Defendant's unauthorized use of the Mark as alleged herein, is likely to confuse, mislead and/or deceive customers, purchasers, franchisees and members of the general public as to the origin, source, sponsorship, or affiliation of Plaintiff's products or services, including as to initial interest confusion, and is likely to cause such people to believe in error that Defendant's products or services have been authorized, sponsored, approved, endorsed or licensed by

Plaintiff, Shagina, or that Defendant, Apropo Kafe is in some way affiliated with Plaintiff, Shagina.

29.     Defendant, Apropo Kafe's unauthorized use of the Mark on or in connection with its restaurant, products and services was done with notice and full knowledge that such use was not authorized or licensed by Plaintiff, Shagina.  Defendant, Apropo Kafe has used and continues to willfully use the Mark with the intent to confuse, mislead and/or deceive customers, purchasers, franchisees and members of the general public as to the origin, source, sponsorship, or affiliation of Plaintiff's products or services, and with the intent to trade on Plaintiff's reputation and goodwill.

30.     As a direct and proximate result of Defendant, Apropo Kafe's conduct, Plaintiff, Shagina has suffered damage to its valuable Mark, and other damages in an amount which exceeds $75,000.00.

31.     Plaintiff, Shagina does not have an adequate remedy at law, and will continue to be damaged by Defendant's actions unless this Court enjoins Defendant, Apropo Kafe from such business practices.

### COUNT IV
### (Trademark Dilution pursuant to Florida Statute 495.151, *et seq.*)

Plaintiff, SHAGINA realleges and reasserts the allegations of Paragraphs 1 through 14 above, and further states as follows:

32.     Plaintiff, Shagina is the sole owner of the Mark.  Plaintiff, Shagina has used and continues to use the Mark in commerce, including in Florida and interstate commerce.

33.    Defendant, Apropo Kafe's actions as described above have caused and will continue to cause injury to Plaintiff's business reputation and/or dilution of the distinctive quality of the Mark as defined in Florida Statute 495.151.

34.    As a direct and proximate result of Defendant, Apropo Kafe's conduct, Plaintiff, Shagina has suffered damage to its valuable Mark, and other damages in an amount which exceeds $75,000.00.

35.    Plaintiff, Shagina does not have an adequate remedy at law, and will continue to be damaged by Defendant's actions unless this Court enjoins Defendant, Apropo Kafe from such business practices.

### COUNT V
### (Deceptive and Unfair Trade Practices pursuant to Florida Statute 501.201, *et seq.*)

Plaintiff, SHAGINA realleges and reasserts the allegations of Paragraphs 1 through 14 above, and further states as follows:

36.    Defendant, Apropo Kafe's actions as described above constitute deceptive and unfair trade practices as defined in Florida Statute 501.203(3)(a)-(c).

37.    Plaintiff, Shagina does not have an adequate remedy at law, and will continue to be damaged by Defendant's actions unless the Court enjoins the Defendant from such business practices.

38.    Plaintiff, Shagina is entitled to recover its attorneys' fees and costs pursuant to Florida Statute 501.2105.

### COUNT VI
### (Common Law Trademark Infringement)

Plaintiff, SHAGINA realleges and reasserts the allegations of Paragraphs 1 through 14 above, and further states as follows:

**Smoler & Associates, P.A.**
2611 Hollywood Boulevard, Hollywood, FL  33020   Telephone:  (954) 922-2811

39.     Defendant, Apropo Kafe's conduct as described above constitutes trademark infringement and passing off in violation of the common law of the State of Florida.

40.     Defendant, Apropo Kafe's acts of trademark infringement constitute intentional misconduct and/or gross negligence within the meaning of Florida Statute 768.72(2)(a)-(b), entitling Plaintiff, Shagina to both compensatory damages in an amount exceeding $75,000.00 and punitive damages under common law and Florida Statute 768.72.

41.     As a direct and proximate result of Defendant, Apropo Kafe's conduct, Plaintiff, Shagina has suffered damage to its valuable Mark, and other damages in an amount which exceeds $75,000.00.

42.     Plaintiff, Shagina does not have an adequate remedy at law, and will continue to be damaged by Defendant's actions unless this Court enjoins Defendant, Apropo Kafe from such business practices.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Shagina respectfully requests this Court to enter judgment against Defendant, Apropo Kafe for the following relief:

1.  A temporary, preliminary, and permanent injunction preventing Defendant, Apropo Kafe from further engaging in the unlawful conduct described in this Complaint, including but not limited to the following:

    a.  Cease using the word "Apropo" in its restaurant, the operation of its restaurant, its signs, menus, napkins, websites, advertisements, internet advertisements and/or any other use in any way associated with a restaurant, take-out restaurant, coffee bar, snack bar and/or catering service.

    b.  Remove all signs, banners, advertisements, flyers and other print and digital advertisements using the word "Apropo" from its restaurant and any other location associated with its restaurant.

    c.  Issue a press release stating that it is ceasing all use of the term "Apropo" as associated with its restaurant and any other associated place of business.

    d.   Cease any new order of packaging or printing of menus, manuals, boxes, advertisements, websites or software using the term "Apropo".

2.   For actual damages in an amount greater than $75,000.00, such amount to be trebled pursuant to 15 U.S.C. 1117(a).

3.   For an accounting, disgorgement and restitution by Defendant, Apropo Kafe to Plaintiff, Shagina for all amounts derived by Apropo Kafe from its unlawful conduct, such amount to be trebled pursuant to 15 U.S.C. 1117(a).

4.   For punitive damages.

5.   For prejudgment interest.

6.   For attorneys' fees and costs incurred by Plaintiff, Shagina in connection with this action; and

7.   For such other relief as this Court may deem just and proper.

Dated: _____12/3/12_____

                          SMOLER & ASSOCIATES, P.A.
                          Attorneys for Plaintiff, Shagina
                          2611 Hollywood Boulevard
                          Hollywood, Florida 33020
                          Telephone:  (954) 922-2811
                          Facsimile:  (954) 922-2841

                          By:_____
                             Bruce J. Smoler, Esq.
                             Florida Bar No.  821918
                             bruce@smolerpa.com
                             Patrick Patrissi, Esq.
                             Florida Bar No. 302996
                           Patrick@lwlawfla.com

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff, Shagina

demands a trial by jury of all issues triable which are raised by this Complaint.

> SMOLER & ASSOCIATES, P.A.
> Attorneys for Plaintiff, Shagina
> 2611 Hollywood Boulevard
> Hollywood, Florida  33020
> Telephone:  (954) 922-2811
> Facsimile:  (954) 922-2841
>
> By:_____
> Bruce J. Smoler, Esq.
> Florida Bar No.  821918
> bruce@smolerpa.com
> Patrick Patrissi, Esq.
> Florida Bar No. 302996
> Patrick@lwlawfla.com

Exhibit "A"



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 29 04:35:46 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At: [        ]   OR [ Jump ] to record: [        ]   **Record 4 out of 44**

---

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | APROPO |
| **Goods and Services** | IC 043. US 100 101. G & S: Restaurants, take-out restaurants, coffee bars, snack bars, and catering services. FIRST USE: 20041130. FIRST USE IN COMMERCE: 20041130 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 08.01.01 - Bread (whole loaves); Pita
25.03.01 - Checker board pattern; Checkerboard patterns
26.05.02 - Plain single line triangles; Triangles, plain single line
26.05.21 - Triangles that are completely or partially shaded
26.05.25 - Triangles with one or more curved sides
26.11.02 - Plain single line rectangles; Rectangles (single line)
26.11.07 - Rectangles with a decorative border, including scalloped, ruffled and zig-zag edges |
| **Serial Number** | 78468064 |
| **Filing Date** | August 16, 2004 |
| **Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 12, 2005 |
| **Registration Number** | 3143169 |
| **Registration Date** | September 12, 2006 |
| **Owner** | (REGISTRANT) Shagina, Inc. CORPORATION FLORIDA 19941 N.E. 23rd Avenue Miami |

|                        | FLORIDA 33180      |
|------------------------|--------------------|
| **Attorney of Record** | Michael B. Chesal  |
| **Type of Mark**       | SERVICE MARK       |
| **Register**           | PRINCIPAL          |
| **Live/Dead Indicator**| LIVE               |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 29 04:35:46 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At: _____   OR [ Jump ] to record: _____   **Record 12 out of 44**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **APROPO** |
| **Goods and Services** | IC 035. US 100 101 102. G & S: retail bakery shops, retail coffee shops and retail snack shops. FIRST USE: 20021125. FIRST USE IN COMMERCE: 20021125 |
| | IC 043. US 100 101. G & S: restaurants, take out restaurants, coffee bars, snack bars, and catering services. FIRST USE: 20021125. FIRST USE IN COMMERCE: 20021125 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76439652 |
| **Filing Date** | August 8, 2002 |
| **Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 13, 2003 |
| **Registration Number** | 2845921 |
| **Registration Date** | May 25, 2004 |
| **Owner** | (REGISTRANT) Shagina, Inc. CORPORATION FLORIDA 19941 NE 23rd Ave. Miami FLORIDA 33180 |
| **Attorney of Record** | Franco E. Cammarata, Esquire |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

Trademark Electronic Search System (TESS)

**TESS HOME**  **NEW USER**  **STRUCTURED**  **FREE FORM**  **BROWSE DICT**  **SEARCH OG**  **TOP**  **HELP**  **PREV LIST**  **CURR LIST**

**NEXT LIST**  **FIRST DOC**  **PREV DOC**  **NEXT DOC**  **LAST DOC**

---

Exhibit "B"

-->



Home     Our Restaurant     Our Menu     Specials & Events     Review

# Welcome to our restaurant!

Prepare for Authentic European cuisine in beautiful downtown Boca Raton. Come in for a unique dining experience sampling a variety of Mediterranean Cuisine, as well as exotic, mouth-watering dishes from various Eastern European Cuisines. Our repertoire includes Romanian Cuisine, Bulgarian Cuisine, Macedonian Cuisine, Greek Food, and a number of Authentic Middle-Eastern Dishes found nowhere else. Our unique recipes from Israel, Germany, and Turkey will stretch your palate and stimulate your senses. For over 23 years, we have prepared fresh food daily with lots of love and pride. We believe that healthy eating makes for a healthy living, this is why we use only the freshest, organic ingredients in our food. More and more Americans are realizing the importance of good eating habits, this is why we are committed to providing an Organic Food dining experience. Not to mention that Mediterranean Cuisine is among the most health-conscious choices available. This is a healthy food experience for a true gourmet.

Also, our family-owned restaurant provides a relaxed atmosphere, both indoor and outdoor dining, unique music, entertainment and much more. We can't wait to see you at our unique restaurant.

**APROPO KAFE**
147 SE 1st Ave
Boca Raton, FL 33432
**561-393-1223**

<u>View map</u>
We are located next to Royal Palm Place
near the corner of SE 1st St and SE 1st Ave.
**HOURS**
•
**Mon:** 11 am-2:30 pm
**Tues-Sat:** 11 am-8:30 pm & up
**Sun:** 5:30 pm-8:30 pm

*Evening reservations are recommended.*
*Please call 561-393-1223 for reservations.*



Copyright © 2012 ApropoKafe, All rights reserved.



Home     Our Restaurant     Our Menu     Special & Events     Review

## Our Restaurant

We serve Breakfast, Lunch and Dinner. Our food is authentic Eastern European, Mediterranean, and Middle Eastern cuisine. Our ingredients imported from Greece, Bulgaria, Lebanon, Israel and more.

At Apropo Kafe you will feel as if you were in an European Bistro on the the promenade of Chanse Lize in Paris, a "Little Piece of Europe" in Boca Raton, FL as we like to refer to it.

Kick back and relax in our outdoor dining area that features a soothing fountain. During our Sunny FL Days, enjoy the outdoors under the cover of our large sun umbrellas. At night time, imbibe with a glass of fine wine or beer next to our torch-lit ourdoors.

Our international selection of wines and beers is found nowhere else. We feature hard to find beers such as Baltica, Bakalar, Magner, Kaminiza, Winestefan, Bitburger, Tuchter, Schneiderweise, Maccabbee, Malt, Efes and many more. We have Spanish Wines, Italian Wines, Argentine Wines, Bulgarian Wines , German Wines and many more.

A five-star, world-class dining experience does not always require suit and tie - casual dress is always welcome. You can have an a power lunch, an intimate dinner with your significant other, or we can accommodate large parties so that you can bring your friends for an evening of fun and entertainment.

Treat yourself to a fun dining experience in a friendly ambiance!!

Apropo Kafe                                                                Page 2 of 3







Apropo Kafe

Page 3 of 3





Copyright © 2012 Apropo Kafe, All rights reserved.



Home    Our Restaurant    Our Menu    Specials & Events    Review

## Special Events                                                          go back

In our open and elegant setting the beautiful downtown area of Boca Raton, Florida you can have any event, wedding, engagement, karaoke, or any party your heart wishes. The patio outdoors welcomes the dogs lovers, and we just hosted events such as: Fine wine with K-9. We could have poetry nights with a good glass of wine, English cup of tea as well as networking events. Don't hesitate, come by and enjoy the unique ambiance.

**events@apropokafe.com**

[Today]     December 2012 ▼                         Print  Week  **Month**  Agenda ▼

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 25 | 26 | 27 | 28 | 29 | 30 | Dec 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | Jan 1 | 2 | 3 | 4 | 5 |

Events shown in time zone: Eastern Time                    Google Calendar

Copyright © 2011 Apropo Kafe. All rights reserved.

Exhibit "C"

LAW OFFICES
## SMOLER & ASSOCIATES, P.A.
2611 HOLLYWOOD BOULEVARD
HOLLYWOOD, FLORIDA 33020

BRUCE J. SMOLER
PATRICK PATRISSI

TELEPHONE:DADE (305) 539-0011
BROWARD: (954) 922-2811
FACSIMILE: (954) 922-2841

March 29, 2012

Rueben Herscu
Apropo Kafe LLC
9088 Broad Street
Boca Raton, Florida  33434

> Re:   *Trademark Violation*
> *Our Client: Shagina, Inc.*

Dear Mr. Herscu:

Please be advised that the undersigned represents Shagina, Inc.  My client has learned that you opened a restaurant with the name "Apropo Kafe" located at 147 S.E. 1st Avenue, Boca Raton, Florida.  You are hereby informed that my client is the Owner of the name, "Apropo" (USPTO Registration No. 2845921) as used in restaurants, take-out restaurants, coffee bars, retail bakery shops, retail coffee shops, snack bars, and catering services.  My client is also the owner of a Design Mark using the word, "Apropo" (USPTO Registration No. 3143169).  You have used the word, "Apropo" in the name of your restaurant, including a letter design which is confusingly similar to the letters in my client's Design Mark.

This letter constitutes formal notice that your use is an infringement of my client's rights under Section 43(a) of the Lanham Act, 15 U.S.C. 1125(a).  He has reason to believe that your infringement is intentional and deliberate and that you are attempting to copy my client's business by using its name and letter design.  My client hereby demands that you immediately undertake the following:

1.   Cease and desist opening and operating restaurants and/or stores using the word "Apropo".

2.   Cease and desist any and all violations of the Lanham Act and copyright laws; and

3.   Remove and destroy all items connected with your restaurant which use the word, "Apropo" in any manner whatsoever, including but not limited to, the sign, menu, advertising and promotional material and letterhead.

Rueben Herscu
Apropo Kafe LLC
March 29, 2012
_____

     If you fail to comply with this demand, I will proceed with my client's instructions to seek relief in court for an injunction and damages.   Judicial relief includes, but is not limited to: destruction of the infringing articles under 15 U.S.C. 1118, treble damages, your profits, any damages sustained by my client, court costs and attorneys' fees under 15 U.S.C. 1117; injunction under 15 U.S.C. 1116; injunction and damages under the copyright laws.  My client reserves all rights it may have, and neither waives nor abandons its right by sending you this demand letter prior to filing a lawsuit.

     Please direct all communication to the undersigned and confirm that you will comply with this letter within seven (7) days of its receipt.

                Sincerely yours,

                Bruce J. Smoler